JUDGE RAKOFF

08 CIV 7649

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AOSTA SHIPPING CO. LTD.,

                                   Plaintiff,        08 CV

-v-

                                                                 **STATEMENT PURSUANT**
                                                                 **TO F.R.C.P. 7.1**

OSL STEAMSHIP CORP., ZHANGJIANG FAREAST
INTERNATIONAL SHIPPING AGENCY Co. Ltd., and
CLEAR WATER SHIPPING LIMITED.

                                   Defendants.
-----------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, AOSTA SHIPPING CO. LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
          August 29, 2008

                                          CHALOS & CO, P.C.
                                          Attorneys for Plaintiff
                                          AOSTA SHIPPING CO. LTD

                   By:      /s/ _____
                                          George M. Chalos (GC-8693)
                                          123 South Street
                                          Oyster Bay, New York 11771
                                          Tel: (516) 714-4300
                                          Fax: (866) 702-4577
                                          Email: gmc@chaloslaw.com